**518**

Herman GOLDBLATT, Appellant,

v.

The COMMISSIONERS COURT OF TAR-
RANT COUNTY, Appellee.

No. 16646.

Court of Civil Appeals of Texas.

Fort Worth.

May 28, 1965.

Clyde, Hines & Craig and Al Clyde,
Fort Worth, for appellant.

Brown, Herman, Scott & Young and Ar-
dell M. Young, Fort Worth, for appellee.

RENFRO, Justice.

The plaintiff, Herman Goldblatt, brought
suit against the County Judge and the
members of The Commissioners Court of
Tarrant County, praying for temporary and
permanent injunctions prohibiting defend-
ants from taking certain real property
through condemnation proceedings.

Our records shown a subsequent appeal
on file in a later suit, not yet submitted but
involving the same parties and subject mat-
ter.

As of the time the instant case was filed,
hearing had thereon, and judgment entered,
the defendants had taken no official action
to condemn the property.

Following a full hearing on plaintiff's
motion for temporary injunction, the de-
fendants filed motion for judgment on the
whole case, the motion being based upon
the pleadings, deposition, and the testimony
introduced at the hearing on the motion for
temporary injunction.

After considering the motion, the depo-
sition, pleadings, sworn testimony and ar-
gument of counsel, the court entered judg-
ment that the relief requested by plaintiff
be "in all things denied".

Thus the judgment entered was
final, not merely interlocutory.

The plaintiff did not file a brief in
this Court, hence there is no point of error
before us.

An examination of the record fails
to show any fundamental error and, there
being no assigned errors, the judgment is
affirmed.

Affirmed.